UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WANDA PRICE                                CIVIL ACTION

v.                                         NO. 19-13600

SYLVE LANE, ET AL.                         SECTION "F"

ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date. The defendant, Laine Sylve (erroneously referred to in the petition as Sylve Laine) has filed a Notice of Consent to Motion to Remand Subject to Stipulation for Damages in response to the plaintiff's motion to remand.[1]

Accordingly, because the motion is unopposed, and further, it appearing to the Court that the motion has merit,[2] IT IS ORDERED: that the plaintiff's motion to remand is hereby GRANTED. Because

---

[1] Based on an affidavit and irrevocable and binding stipulation agreed to and executed by the plaintiff and filed into the record, the defendant consents to remand, agreeing that damages do not exceed the amount in controversy required for this Court to exercise diversity jurisdiction.

[2] Diversity jurisdiction is lacking where, as here, the amount in controversy is below the $75,000 threshold.

the Court lacks subject matter jurisdiction, the case is hereby remanded to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, January 7, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE